

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2019

No. 04-18-00457-CV

James Clinton **COYLE**, Janice Presley Coyle a/k/a Janice Presley, and Cody Presley,
Appellants

v.

**COYLE FAMILY FARM, INC**, Coyle Farms Partnership, Mike Coyle, Doug Coyle, Tim
Coyle, and Tom Tompkins,
Appellees

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 17-12-24620-CV
Honorable Camile Glasscock Dubose, Judge Presiding

## O R D E R

The appellant's second motion for extension of time to file a motion for rehearing is
GRANTED to June 6, 2019. Appellant's first motion for extension requesting a new due date of
June 3, 2019 is moot.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 5th day of June, 2019.

_____
Keith E. Hottle,
Clerk of Court